IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *     CR 189-031-25
                            *
JOSEPH LOVETT               *

# O R D E R

Presently before the Court in the captioned criminal case is Defendant's October 26, 2006 motion for modification of an imposed term of imprisonment. (Doc. no. 1745.) The government has filed a response opposing the motion. (Doc. no. 1748.) The arguments contained within the instant motion lack merit. However, in light of <u>Kimbrough v. United States</u>, 128 S. Ct. 558 (2007), and the recent amendments to U.S.S.G. § 1B1.10, which take effect on March 3, 2008, the Court will **DEFER** ruling upon Defendant's motion until the Court has had sufficient time to prepare a systematic process for the consideration of closed cases which may be affected thereby.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of January 2008.

_____
UNITED STATES DISTRICT JUDGE